IN RE APPLICATION OF DAYTON POWER AND LIGHT COMPANY TO ESTABLISH A STANDARD SERVICE OFFER IN THE FORM OF AN ELECTRIC SECURITY PLAN, ETC.; INDUSTRIAL ENERGY USERS-OHIO ET AL., APPELLANTS AND CROSS-APPELLEES; DAYTON POWER & LIGHT COMPANY ET AL., APPELLEES AND CROSS-APPELLANTS; PUBLIC UTILITIES COMMISSION, APPELLEE AND CROSS-APPELLEE.

(No. 2014–1505—Submitted June 14, 2016—Decided June 20, 2016.)

{¶ 1} The decision of the Public Utilities Commission is reversed on the authority of *In re Application of Columbus S. Power Co.*, —— Ohio St.3d ——, 2016-Ohio-1608, —— N.E.3d ——.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, KENNEDY, FRENCH, and O'NEILL, JJ., concur

LANZINGER, J., dissents.

McNees, Wallace & Nurick, L.L.C., Samuel C. Randazzo, Frank P. Darr, and Matthew R. Pritchard, for appellant and cross-appellee Industrial Energy Users–Ohio.

Bruce J. Weston, Consumers' Counsel, and Maureen R. Grady and Terry L. Etter, Assistant Consumers' Counsel, for appellant and cross-appellee Office of the Ohio Consumers' Counsel.

Michael DeWine, Attorney General, and William L. Wright, Thomas W. McNamee, and Werner L. Margard III, Assistant Attorneys General, for appellee and cross-appellee, Public Utilities Commission of Ohio.

Judi L. Sobecki; Faruki, Ireland & Cox, P.L.L., Charles J. Faruki, Jeffrey S. Sharkey, and Christopher C. Hollon, for appellee and cross-appellant, Dayton Power & Light Company.

Colleen L. Mooney, urging reversal for amicus curiae Ohio Partners for Affordable Energy.

Ellis Jacobs, urging reversal for amicus curiae Edgemont Neighborhood Coalition.